

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00015-CV

———————————————

LAVELL FAIRBANKS, Appellant

V.

HILLCREST APARTMENTS, Appellee

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2021-005622-1

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant's brief was due May 5, 2022, but he did not file a brief. *See* Tex. R. App. P. 38.6(a). On June 6, 2022, we notified Appellant that his brief had not been filed, and we warned that we could dismiss the appeal for want of prosecution unless, within ten days, Appellant filed a brief along with an accompanying motion reasonably explaining the brief's untimeliness. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). More than ten days have passed, but we have not received a response.

Because Appellant has failed to file a brief as the Rules of Appellate Procedure require, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), (c), 43.2(f).

Per Curiam

Delivered: July 21, 2022